UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SABAL TRAIL TRANSMISSION, LLC,**

    **Plaintiff,**

v.                                      Case No: 5:16-cv-224-Oc-CEMPRL

**62.786 ACRES OF LAND IN SUMTER COUNTY FLORIDA, VENTURA RANCH, LLC and UNKNOWN OWNERS**

    **Defendants.**

## ORDER

Before the Court is Defendant Ventura Ranch, LLC's Motion to Withdraw Funds from the Court Registry (Doc. 36) pursuant to Federal Rules of Civil Procedure 67(b) and 71.1(j). Defendant represents that this motion is unopposed. Upon due consideration, Defendant's motion (Doc. 36) is **GRANTED**.

The Clerk shall disburse the principal amount deposited into the Court registry in the amount of $394,800.00, along with any accrued interest, to Brigham Property Rights Law Firm, PLLC, Trust Account, 2963 Dupont Avenue, Suite 3, Jacksonville, Florida 32217-2740.

**DONE** and **ORDERED** in Ocala, Florida on July 15, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties